UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARY FROUNFELTER, ET AL.,

        Plaintiffs,

v.                                          Case No. 8:08-CV-155-T-24TBM

MICHAEL O. LEAVITT, in his official
capacity as Secretary, U.S. Department of
Health and Human Services,

        Defendant.
_____/

**O R D E R**

        This cause comes before the Court on Defendant's Motion to Dismiss. (Doc. No. 15). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 19). Magistrate Judge McCoun has filed his report recommending that the motion be granted. (Doc. No. 28). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate's Report were filed by Plaintiffs (Doc. No. 30), and Defendant filed a response in opposition (Doc. No. 31). Thereafter, Plaintiff filed a motion to strike Defendant's response to Plaintiffs' objections (Doc. No. 32), which was opposed by Defendant (Doc. No. 33). Upon consideration, the Court finds that Plaintiffs' motion to strike (Doc. No. 32) should be denied, and as such, the Court has considered Defendant's response to Plaintiff's objections to the Report and Recommendation.

        Upon consideration of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and

Recommendation (Doc. No. 28) should be adopted. Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Strike (Doc. No. 32) is **DENIED**;

(2) The Magistrate Judge's Report and Recommendation (Doc. No. 28) is adopted and incorporated by reference in this Order of the Court;

(3) Defendant's Motion to Dismiss (Doc. No. 15) due to lack of subject matter jurisdiction is **GRANTED**;

(4) The Clerk is directed to terminate all pending motions and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of June, 2008.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record